UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

CARL RAY SMITH, JR.,

        Petitioner,

   v.

TOM L. CAREY, Warden,

        Respondent.

NO. CIV. S-02-2666 WBS GGH

ORDER

----oo0oo----

        Petitioner's Motion for Reconsideration or to Alter or Amend Judgment Under Federal Rule of Civil Procedure 60(b), filed December 12, 2005, is referred to the assigned magistrate judge for findings and recommendations pursuant to Local Rule 72-302(c)(17).

DATED: December 16, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1