IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARL RAY SMITH, JR.,

    Petitioner,                    No. CIV S-02-2666 WBS GGH P

    vs.

TOM L. CAREY, et al.,

    Respondents.               ORDER

_____/

        On September 11, 2008, petitioner filed an application for leave to file a late request for a certificate of appealability. On April 13, 2007, the Ninth Circuit Court of Appeals affirmed the judgment of this court. Therefore, issuance of a certificate of appealability at this time is inappropriate.

        Accordingly, IT IS HEREBY ORDERED that petitioner's September 11, 2008, application for leave to file a late request for a certificate of appealability is denied.

DATED: September 24, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2666.ord

1